UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER RAUDONIS, as trustee for the WALTER J. RAUDONIS 2016 REVOCABLE TRUST, BRAD HONEYCUTT, DAVID HOLLAND and JEREMY DAVIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN JARVE, JOHN BUTTRICK, NIKOS BONATSOS, and TYLER SOSIN,<br><br>    Defendants. | Civil Action No. 1:21-cv-10329-PBS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

All Plaintiffs, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against all Defendants with prejudice. Parties to bear their own costs.

Dated: February 6, 2025                                  Respectfully submitted,

                                                                                                                    /s/ *Ian J. McLoughlin*
                                                                                                      Edward F. Haber (BBO #215620)
                                                                                                      Michelle Blauner (BBO #549049)
                                                                                                      Ian J. McLoughlin (BBO #647203)
                                                                                                      Patrick J. Vallely (BBO #663866)
                                                                                                      SHAPIRO HABER & URMY LLP
                                                                                                      One Boston Place, 26th Floor
                                                                                                      Boston, MA 02108
                                                                                                      Telephone: (617) 439-3939
                                                                                                      Facsimile: (617) 439-0134
                                                                                                      ehaber@shulaw.com
                                                                                                      mblauner@shulaw.com
                                                                                                      imcloughlin@shulaw.com
                                                                                                      pvallely@shulaw.com

                                                                                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2025.

*/s/ Ian J. McLoughlin*
Ian J. McLoughlin